IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00655-MSK-BNB

JILL BLACKBURN,

Plaintiff,

v.

THE CITY OF ARVADA, COLORADO,
ERIC KELLOGG, individually and in his capacity as a police officer for the City of Arvada, Colorado, and
JOHN DOE, and RICHARD ROE, unknown police officers for the City of Arvada, Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to File First Amended Complaint** [docket no. 13, filed July 12, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the tendered First Amended Complaint. The caption shall now reflect the parties named in the First Amended Complaint.

DATED: July 13, 2007