IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00655-MSK-BNB

JILL BLACKBURN,

Plaintiff,

v.

THE CITY OF ARVADA, COLORADO,
ERIC KELLOGG, individually and in his capacity as a police officer for the City of Arvada,
Colorado,
RON SLOAN, individually and in his capacity as Chief of Police for the City of Arvada,
Colorado,
JOHN DOE, and RICHARD ROE, unknown police officers for the City of Arvada, Colorado,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c)** [Doc. # 35, filed 11/14/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to relieve the plaintiff of the obligation to execute and provide to defense counsel releases of employment records for her current employers, OMNISEC and United States Investigation Services. Instead, the plaintiff shall, on or before **December 31, 2007**, submit requests to OMNISEC and United States Investigation Services for the release of

her employment records directly to counsel for the defendants. Within three days of receipt of the employment records from OMNISEC and United States Investigation Services, defense counsel shall provide copies to plaintiff's counsel of all materials received in response to the request; and

DENIED in all other respects.

Dated December 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge